Opinion by Oliver, P. J. At the trial it was agreed that the bags in question are made of sea grass in its natural state. The claim at 25 percent under paragraph 1537 was therefore sustained.

No. 46376.—Protest 985357-G of American Import Co. (Los Angeles).

Opinion by Oliver, P. J. At the trial it was conceded that the bells in question are similar to those involved in *Kresge* v. *United States* (25 C. C. P. A. 1, T. D. 48975). On the undisputed facts and following the cited case the court held the merchandise invoiced as "Silver Bells with Snow" dutiable at 45 percent under paragraph 397 as claimed.

No. 46377.—Protest 43766-K of M. Pressner & Co. (New York).

Opinion by Oliver, P. J. In accordance with stipulation of counsel that the articles in question are similar in all material respects to those the subject of Abstract 44028 the so-called jump sticks or trick paddles were held dutiable at 33⅓ percent under paragraph 412 as claimed.

No. 46378.—Protest 967566-G of Wm. Shaland (New York).

Opinion by Oliver, P. J. In accordance with stipulation of counsel that the articles in question are similar in all material respects to those the subject of Abstract 44028 the so-called jump sticks or trick paddles were held dutiable at 33⅓ percent under paragraph 412 as claimed.

No. 46379.—Protests 963367-G, etc., of Iwai & Co., Ltd. (New York).

Opinion by Oliver, P. J. It was stipulated that the cellulose sheets in question are similar to those the subject of *United States* v. *Iwai* (29 C. C. P. A. 60, C. A. D. 171). They were therefore found to be cellulose sheets, not transparent, and held dutiable at 40 cents per pound as claimed.

No. 46380.—Protest 54195-K of M. Pressner & Co. (New York).

Opinion by Oliver, P. J. In accordance with stipulation of counsel that the kazoos in question are composed in chief value of metal, not plated, the claim at 45 percent under paragraph 397 was sustained.

No. 46381.—Protests 921619-G, etc., of Guth Stern & Co., Inc., et al. (New York).

Opinion by Oliver, P. J. It was stipulated that the merchandise consists of atomizers and atomizers contained in toilet sets and that said atomizers are similar in all material respects to those passed upon in Abstract 44140. In